**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ALBERT CADE, ADC #106093                                                                PLAINTIFF

v.                                      NO. 5:14CV00046 JLH/JTR

STEPHEN WILLIAMS, Warden,
Tucker Unit, Arkansas Department of Correction                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendant, and this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 31st day of October, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE